**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Jack Russell, | ) | Case No.: 3:13-mc-00034 |
| Plaintiff, | ) | Judge Jeffrey J. Helmick |
| v. | ) | **NOTICE OF WITHDRAWAL OF DEFENDANTS' SUBPOENA ISSUED** |
| Mark Kendall., et al., | ) | **TO MERCY ST. ANNE HOSPITAL AND OF MERCY ST. ANNE** |
| Defendants. | ) | **HOSPITAL'S MOTION TO QUASH SUBPOENA** |
| | ) | |
| | ) | Jason M. Van Dam (0081202)<br>Robison, Curphey & O'Connell, LLC<br>Ninth Floor, Four SeaGate |
| | ) | Toledo, Ohio 43604<br>(419) 249-7900 |
| | ) | (419) 249-7911 – facsimile<br>jvandam@rcolaw.com |
| | ) | Attorney for Mercy St. Anne Hospital |

This case arose from an April 2013 subpoena issued upon Mercy St. Anne Hospital by Defendants Mark Kendall, Audie Desbrow, and Michael Lardie ("Defendants") for the medical records of Jack Russell in the underlying case of *Jack Russell v. Mark Kendall el al.* United States District Court, Central District of California, Case No. 2:12-CV-02477. On April 19, 2013, Mercy St. Anne Hospital opened this miscellaneous case by moving to quash that

subpoena for various reasons. (*See* Doc. 1.) On July 2, 2013, counsel for Defendants contacted counsel for Mercy St. Anne Hospital and agreed to withdraw Defendants' April 2013 subpoena.

For these reasons, Defendants give notice that they withdraw any subpoena issued to Mercy St. Anne Hospital in Case No. 2:12-CV-02477 and, accordingly, Mercy St. Anne Hospital gives notice that it withdraws its Motion to Quash Subpoena in this case.

Respectfully submitted,

/s/ A. Eric Bjorgum (per email consent 7-3-13)
A. Eric Bjorgum
Karish & Bjorgum, PC
16 North Marengo St., Suite 307
Pasadena, CA 91101

Attorney for Defendants, etc.

/s/ Jason M. Van Dam .
Jason M. Van Dam (0081202)
Robison, Curphey & O'Connell, LLC
Ninth Floor, Four SeaGate
Toledo, Ohio 43604

Attorney for Mercy St. Anne Hospital

**CERTIFICATE OF SERVICE**

Toledo, Ohio
July 3, 2013

This is to certify that a copy of the foregoing was sent this day, via ordinary U.S. mail, to the following: Brian Acree, Esq., Carey & Acree, 32295 Mission Trail, Suite 8-167, Lake Elsinore, CA 92532, Attorney for Plaintiff, etc.; and to A. Eric Bjorgum, Esq., Karish & Bjorgum, PC, 238 E. Union Street, Suite A, Pasadena, California 91101, Attorney for Defendants, etc.

/s/ Jason M. Van Dam .
Jason M. Van Dam